IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01486-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

TOMMY LEE HALFARCE,

    Plaintiff,

v.

LORRE LUTHER, Denver Public Defenders #11-03308,

    Defendant.

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY

Plaintiff, Tommy Lee Halfarce, has submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Prisoner Complaint.  As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted documents are deficient as described in this order.  Plaintiff will be directed to cure the following if he wishes to pursue his claims.  Any papers that the Plaintiff files in response to this order must include the civil action number on this order.  **28 U.S.C. § 1915 Motion and Affidavit**:

(1)    ___    is not submitted
(2)    ___    is missing affidavit
(3)    _X_    is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing: (Account statement submitted is not certified by an appropriate official of Plaintiff's penal institution.)
(4)    ___    is missing certificate showing current balance in prison account
(5)    ___    is missing required financial information
(6)    ___    is missing an original signature by the prisoner
(7)    ___    is not on proper form (must use the court's current form)
(8)    ___    names in caption do not match names in caption of complaint, petition or habeas application
(9)    _X_    other: Account statement is necessary only if $350.00 filing fee is not paid

<u>in advance.</u>

**Complaint, Petition or Application**:
(10) ___ is not submitted
(11) ___ is not on proper form (must use the court's current form)
(12) ___ is missing an original signature by the prisoner
(13) ___ is missing page nos. ___
(14) ___ uses et al. instead of listing all parties in caption
(15) ___ names in caption do not match names in text
(16) ___ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(17) ___ other: _____

Accordingly, it is

    ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

    FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice. The dismissal shall be without prejudice.

    DATED June 11, 2012, at Denver, Colorado.

                                             BY THE COURT:

                                             <u>s/ Boyd N. Boland</u>
                                             United States Magistrate Judge